DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NORMAN REIZ** and **RENEE EZRA,**
Appellants,

v.

**FLORIDA DEPARTMENT OF REVENUE,**
Appellee.

No. 4D2024-2424

[May 14, 2025]

Appeal from the State of Florida, Department of Revenue; L.T. Case No. DOR-2024-083-FOI.

Andrea L. Haber of Haber Legal, Boca Raton, for appellants.

James Uthmeier, Attorney General, and Thomas Barnhart, Assistant Attorney General, Tallahassee, for appellee.

PER CURIAM.

*Affirmed. See Harrell v. Harrell*, 879 So. 2d 87, 88 (Fla. 4th DCA 2004) ("The mailbox rule, which applies to prisoners, has no application here."); *Raysor v. Raysor*, 706 So. 2d 400, 401 (Fla. 1st DCA 1998).

KLINGENSMITH, C.J., WARNER, and DAMOORGIAN, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***